UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| WILLIAM L. BATTLE<br>Petitioner,<br><br>v.<br><br>ATTORNEY GENERAL OF TENNESSEE,<br>et al.<br>Respondents | No. 3:08-cv-0988<br>(No. 3:08-mc-0235)<br>Judge Trauger |

## ORDER

The Court has before it a *pro se* prisoner petition (Docket Entry No. 1) under 28 U.S.C. § 2254, for writ of habeas corpus, and an application to proceed in forma pauperis (Docket Entry No. 2). From his application, the petitioner appears unable to pay the fee needed to file the petition. Therefore, the Clerk will file the petition in forma pauperis. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the instant habeas corpus petition is hereby DISMISSED without prejudice to the petitioner's right to pursue any available state court remedies. Rule 4, Rules --- § 2254 Cases. Should the petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, Rule 22(b), Fed R App P, which will not issue because the petitioner has failed to plead the exhaustion of all available state court remedies.

It is so ORDERED.

_____
Aleta A. Trauger
United States District Judge